# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**JAMAL HOUSTON**,

    Petitioner(s),

**CASE NO. 3:11-cv-137**

**-vs-**

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

**WARDEN, WARREN CORRECTIONAL FACILITY,**

    Respondent(s).

---

## JUDGMENT IN A CIVIL CASE

---

**Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED THAT** the Report and Recommendations (Doc # 3) is **ADOPTED**. The Petition for Writ of Habeas Corpus (Doc #1) is **DISMISSED WITH PREJUDICE**. The Court certifies, that pursuant to 28 USC 1915(a)(3), an appeal of this Order would not be take in good faith. The case is **TERMINATED** on the docket of the Court.

Date:  May 16, 2011                                **JAMES BONINI, CLERK**

                                                              By: s/ M. Rogers
                                                              Deputy Clerk